**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| JESUS JOSE GONZALEZ-ONTIVEROS, AKA Jesus Jose Gonzalez, <br><br> Petitioner, <br><br> v. <br><br> LORETTA E. LYNCH, Attorney General, <br><br> Respondent. | No. 14-70794 <br><br> Agency No. A094-373-069 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 20, 2016[**]

Before:     CANBY, TASHIMA, and NGUYEN, Circuit Judges.

Jesus Jose Gonzalez-Ontiveros, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal

from an immigration judge's decision finding him removable and denying his

applications for asylum, withholding of removal, and protection under the

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. We deny the petition for review.

Gonzalez-Ontiveros does not meaningfully challenge the BIA's denial of CAT relief or the BIA's dispositive determination that he failed to establish a particular social group for an asylum or withholding of removal claim. *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259-60 (9th Cir. 1996) (issues not supported by argument are deemed abandoned).

We decline Gonzalez-Ontiveros' request to extend the holding in *Desir v. Ilchert*, 840 F.2d 723 (9th Cir. 1988) to the situation in Mexico and Gonzalez-Ontiveros' distinguishable claims.

**PETITION FOR REVIEW DENIED.**